1  GARY R. SELVIN [Bar No.: 112030]
   Email: gselvin@selvinwraith.com
2  MARK E. INBODY [Bar No.: 180862]
   Email: minbody@selvinwraith.com
3  SELVIN WRAITH HALMAN LLP
   500 12th Street, Suite 340
4  Oakland, California 94607
   Telephone:   (510) 874-1811
5  Facsimile:   (510) 465-8976

6  Attorneys for Defendant,
   ATLANTIC MUTUAL INSURANCE COMPANY
7

8                  UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                          *E-FILED - 12/7/06*

11 | ROBERTO RUIZ,                  | CASE NO.:  5:06-CV-04534 RMW
12 |         Plaintiff,             | STIPULATED REQUEST FOR ORDER
   |                                | CHANGING TIME RE BRIEFING
13 |     vs.                        | SCHEDULE AND UNDISPUTED FACTS
   |                                | ON MOTION FOR SUMMARY
14 | ATLANTIC MUTUAL INSURANCE      | JUDGMENT; [PROPOSED] ORDER
   | COMPANY, a New York corporation,|
15 |                                | [LR 6-2; 56-2]
   |         Defendant.             |
16

17                        **STIPULATION**

18      This Stipulation is submitted pursuant to Local Rule 6-2 and the Court's comments at the

19 Initial Case Management Conference held October 27, 2006. This Stipulation changes the Minute

20 Order filed October 27, 2006 (Dkt #10). The parties hereby stipulate that the briefing schedule for

21 the filing of the Motion for Summary Judgment be:

22      1.   Plaintiff's motion due January 5, 2007;

23      2.   Defendant's opposition due January 19, 2007;

24      3.   Plaintiff's reply due January 26, 2007;

25      4.   Defendant's sur-reply due February 2, 2007; and

26      5.   Hearing date February 16, 2007 at 9:00 a.m.

27      This stipulation may be executed in counter part.

28 ///

                                    1

1     Pursuant to Local Rule 56-2, the parties further request that the Court permit the parties to
2 submit a joint statement of undisputed facts on or before January 5, 2007.

3     There have been no previous time modifications in this case, and the requested
4 modifications would have no effect on the schedule of the case.

7 DATED: November 22, 2006      *Cavalli*
    STEVEN R. CAVALLI, ESQ.
8     *Attorneys for Plaintiff,*
    *ROBERTO RUIZ*

11 DATED: November 20, 2006
12     MARK E. INBODY, ESQ.
    *Attorneys for Defendant,*
13     *ATLANTIC MUTUAL INSURANCE*
    *COMPANY*

16 Based on the foregoing stipulation, the Court hereby enters the following **ORDER**:

17     1.     The briefing schedule for the Motion for Summary Judgment shall be:

18         1.     Plaintiff's motion due January 5, 2007;

19         2.     Defendant's opposition due January 19, 2007;

20         3.     Plaintiff's reply due January 26, 2007;

21         4.     Defendant's sur-reply due February 2, 2007; and

22         5.     Hearing date February 16, 2007 at 9:00 a.m.

23     2.     The parties are to submit a joint statement of undisputed facts on or before January
24 5, 2007.

    December
25 PURSUANT TO STIPULATION, IT IS SO ORDERED this __7__ day of ~~November~~, 2006.

27     /s/ Ronald M. Whyte
    DISTRICT COURT JUDGE
28 Doc. #35236

2

STIPULATION AND [~~PROPOSED~~] ORDER RE BRIEFING SCHEDULE
CASE NO.: 5:06-CV-04534 RMW

11-21-2006 01:24am From-GELVIN WRAITH HALLMAN Case 5:06-cv-04534-RMW Document 13 +514658976 Filed 12/07/06 T-653 P.005/005 Page 3 of 5 F-791

Case 5:06-cv-04534-RMW Document 10 Filed 10/27/2006 Page 1 of 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: October 27, 2006

Case No. C-06-04534-RMW        JUDGE: Ronald M. Whyte

ROBERTO RUIZ                               -v- ATLANTIC MUTUAL INSURANCE CO.
Title

S. Brewer via Telephone                   Mark Inbody via Telephone
Attorneys Present                          Attorneys Present

COURT CLERK: Jackie Garcia        COURT REPORTER: Not Reported

PROCEEDINGS

CASE MANAGEMENT CONFERENCE

ORDER AFTER HEARING

Hearing Held. The Court set the following schedule: Cross motions for summary judgment to be filed by 12/15/06; hearing on cross motions for summary judgment is set for February 16, 2007 @ 9:00 am.