GARY R. SELVIN [Bar No.: 112030]
Email: gselvin@selvinwraith.com
MARK E. INBODY [Bar No.: 180862]
Email: minbody@selvinwraith.com
SELVIN WRAITH HALMAN LLP
500 12th Street, Suite 340
Oakland, California 94607
Telephone:   (510) 874-1811
Facsimile:    (510) 465-8976

Attorneys for Defendant, ATLANTIC
MUTUAL INSURANCE COMPANY


STEVEN R. CAVALLI [Bar No.: 99466]
Email: scavalli@giccb.com
GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
1999 Harrison Street, Suite 1600
Oakland, CA 94612-3528
Telephone:   (510) 832-5411
Facsimile:    (510) 832-1918

Attorneys for Plaintiff, ROBERTO RUIZ

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 1/18/07*

| | |
|---|---|
| ROBERTO RUIZ,<br><br>       Plaintiff,<br><br>vs.<br><br>ATLANTIC MUTUAL INSURANCE COMPANY, a New York corporation,<br><br>       Defendant. | CASE NO.:   5:06-CV-04534 RMW<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER CHANGING TIME RE BRIEFING SCHEDULE AND UNDISPUTED FACTS ON MOTION FOR SUMMARY JUDGMENT**<br><br>[LR 6-2; 56-2] |

## STIPULATION

This <u>Amended</u> Stipulation is submitted pursuant to Local Rule 6-2. This Stipulation changes the original request filed by the parties on December 7, 2006 (Dkt. #12) and the Minute Order filed December 7, 2006 (Dkt #13).

The parties request additional time to file the motion for summary judgment because they wish to have the motion submitted with verified amounts at dispute. Plaintiff is currently investigating the total amounts received to date relating to plaintiff's injuries.

1

1  The parties hereby stipulate that the amended briefing schedule for the filing of the
2  Motion for Summary Judgment be:
3      1.    Plaintiff's motion due January 29, 2007;
4      2.    Defendant's opposition due February 12, 2007;
5      3.    Plaintiff's reply due February 19, 2007;
6      4.    Defendant's sur-reply due February 26, 2007; and
        March 9, 2007 @ 9:00 a.m.
7      5.    Hearing date ~~March X, XXXX at X:XX a.m.~~

8  This stipulation may be executed in counter part.

9  Pursuant to Local Rule 56-2, the parties further request that the Court permit the
10  parties to submit a joint statement of undisputed facts on or before January 29, 2007.

11  There has been one previous time modification in this case (Dkt. #12, 13). The requested
12  modifications would have no effect on the schedule of the case.

15  DATED: January 5, 2007

        STEVEN R. CAVALLI, ESQ.
        *Attorneys for Plaintiff,*
        *ROBERTO RUIZ*

20  DATED: January 5, 2007

        MARK E. INBODY, ESQ.
        *Attorneys for Defendant,*
        *ATLANTIC MUTUAL INSURANCE*
        *COMPANY*

27  ///

The parties hereby stipulate that the amended briefing schedule for the filing of the Motion for Summary Judgment be:

1. Plaintiff's motion due January 29, 2007;
2. Defendant's opposition due February 12, 2007;
3. Plaintiff's reply due February 19, 2007;
4. Defendant's sur-reply due February 26, 2007; and
5. Hearing date March 9, 2007 @ 9:00 a.m.

This stipulation may be executed in counter part.

Pursuant to Local Rule 56-2, the parties further request that the Court permit the parties to submit a joint statement of undisputed facts on or before January 29, 2007.

There has been one previous time modification in this case (Dkt. #12, 13). The requested modifications would have no effect on the schedule of the case.

DATED: January 5, 2007

_____
STEVEN R. CAVALLI, ESQ.
Attorneys for Plaintiff,
ROBERTO RUIZ

DATED: January 5, 2007

_____
MARK E. INBODY, ESQ.
Attorneys for Defendant,
ATLANTIC MUTUAL INSURANCE COMPANY

///

2

AMENDED STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE　　CASE NO.: 5:06-CV-04534 RMW

1 | Based on the foregoing stipulation, the Court hereby enters the following **ORDER:**

2 |     1.    The briefing schedule for the Motion for Summary Judgment shall be:

3 |         1.    Plaintiff's motion due January 29, 2007;

4 |         2.    Defendant's opposition due February 12, 2007;

5 |         3.    Plaintiff's reply due February 19, 2007;

6 |         4.    Defendant's sur-reply due February 26, 2007; and

7 |         5.    Hearing date ~~March 5, 2007 at 9:00 a.m.~~ March 9, 2007 @ 9:00 a.m.

8 |     2.    The parties are to submit a joint statement of undisputed facts on or before January 29, 2007.

11 | PURSUANT TO STIPULATION, IT IS SO ORDERED this __18__ day of January, 2007.

*/s/ Ronald M. Whyte*
DISTRICT COURT JUDGE

Doc. #36803

---
3
**AMENDED STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE**    CASE NO.: 5:06-CV-04534 RMW

**PROOF OF SERVICE BY ELECTRONIC SERVICE**
(Code of Civil Procedure §§ 1010.6 & 2015.5, California Rules of Court, Rule 2060)

I, the undersigned, declare that I am employed in the County of Alameda, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Selvin Wraith Halman LLP, 505 14th Street, Suite 1200, Oakland, California 94612.

On January 05, 2007, I served the attached:

Amended Stipulation and Proposed Order Changing Time re Briefing Schedule and Undisputed Facts On Motion For Summary Judgment

on the persons named below in said cause, by transmitting a true copy thereof via electronic file transfer to Lexis/Nexis File & Serve for service on all parties in this case pursuant to applicable statutes, local rules and/or order of this Court.

| | |
|---|---|
| Mr. Steven R. Cavalli<br>Gwilliam, Ivary, Chiosso, Cavalli & Brewer<br>1999 Harrison Street, Suite 1600<br>P.O. Box 2079<br>Oakland, CA 94612-3528<br>Telephone: (510) 832-5411<br>Facsimile: (510) 832-1918<br>E-Mail: scavalli@giccb.com | Plaintiff<br>ROBERT RUIZ |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed at Oakland, California, on January 05, 2007.

_____
KATHRYN SHAHIN

1

AMENDED STIPULATION AND PROPOSED ORDER RE: BREIFING SCHEDULE